UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MERCEDES GUODOY ARANA,

       Petitioner,

  -v-                                                    No. 20 CV 4104-LTS

THOMAS DECKER, et al.,

       Respondents.

-------------------------------------------------------x

## Order

       The Court has received the Government's supplemental submission in response to Petitioner's letter dated October 28, 2020, regarding the applicability of the Second Circuit's recent decision in Velasco Lopez v. Decker, -- F.3d --, 2020 WL 6278204 (2d Cir. Oct. 27, 2020), to Petitioner's pending habeas petition. (See docket entry nos. 1, 13, 15.) Counsel for Petitioner is directed to file a response to the Government's contention that Petitioner's detention has not been unduly prolonged sufficiently to warrant a new bond hearing with a shifted burden. The response must be filed by November 10, 2020.

       SO ORDERED.

Dated: New York, New York
       November 2, 2020

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge