**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MERCEDES GUODOY ARANA,

                Petitioner,           20 **CIVIL** 4104 (LTS)

       -against-                    **JUDGMENT**

THOMAS DECKER, et al.,

                Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 14, 2020, Mr. Arana's petition is granted; Respondents are directed to provide Mr. Arana with a bond hearing at which the Government bears the burden of proving by clear and convincing evidence that continued detention is justified and no alternative to detention will suffice, and at which Mr. Arana's ability to pay and alternative conditions to release are considered to the extent that the IJ finds that detention is not required. Such a bond hearing must be held within 21 days of the date of entry of this Memorandum Opinion and Order. Petitioner's request for EAJA fees is denied; accordingly, the case is closed.

**DATED:** New York, New York
              December 14, 2020

                                                         **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                                         **BY:**
                                                           **Deputy Clerk**